UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PETER VARGA, | ) |
| | ) Case No. 1:08 CV 1481 |
| Plaintiff, | ) |
| | ) Judge Peter C. Economus |
| vs. | ) |
| | ) REPORT AND RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| COMMISSIONER OF | ) (Regarding ECF # 18) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) Magistrate Judge James S. Gallas |
| | ) |

The matter of plaintiff's motion for attorney fees in the amount of $1,900.00 under the Equal Access to Justice Act ( 28 U.S.C. §2412) has been referred to the undersigned for report and recommendation. (ECF # 18, 19). The Commissioner and counsel for plaintiff, Marcia W. Margolius, have agreed to compromise payment in the amount of $1,375.00 . Marcia W. Margolius has supplemented the motion by providing a copy of the assignment signed by plaintiff of any award of EAJA fees to her as counsel. (ECF # 21).

It is recommended that judgment be entered, accordingly, awarding $1,375.00 for attorney fees under the Equal Access to Justice Act to be paid directly to counsel for plaintiff, Marcia W. Margolius.

Dated: October 20, 2009                         s/James S. Gallas
                                                United States Magistrate Judge


ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within ten (10) days of mailing of this notice.  Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation.  *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140 (1985).