**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **PETER VARGA,** | ) | **CASE NO.  5:08CV1481** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | **MEMORANDUM OPINION AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

On August 12, 2009, this Court issued an order assigning this case to Magistrate Judge James S. Gallas (Dkt. # 19) to determine Plaintiff's Motion for Attorney Fees (Dkt. # 18).  On August 25, 2009, the parties filed a Joint Proposed Stipulation to an Award of Attorney Fees.  (Dkt. # 20).  On October 20, 2009, Magistrate Judge Gallas issued a Report and Recommendation, recommending that the Court **GRANT** Plaintiff attorney fees in the amount of $1,375.00.  (Dkt. # 22).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service.  The parties have not filed any such objections.  Therefore, the Court must assume that parties are satisfied with Magistrate Judge Baughman's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

1

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas is hereby **ADOPTED**. (Dkt. # 22). Plaintiff's Motion for Attorney Fees is **GRANTED**. (Dkt. # 18). Accordingly, a fee award in the amount of $1,375.00 is **ORDERED** to be sent to Plaintiff's counsel, Marcia W. Margolius.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – November 18, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**